**VAN–191** Order Striking Motion (Deficiency) – Rev. 05/28/2026

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

IN RE:
James A. Clark
*( debtor has no known aliases )*
8500 Doughton Dr
Bahama, NC 27503

CASE NO.: 26–00290–5–DMW

DATE FILED: January 21, 2026

CHAPTER: 13

ORDER STRIKING

AmeriCredit Financial Services, Inc. filed a Motion for Relief from Stay on May 18, 2026. The court entered a deficiency notice on June 5, 2026, providing 14 days to correct the stated deficiencies. The creditor has not cured the deficiency; therefore, the court concludes that the relief requested is no longer needed.

Accordingly, the Motion for Relief from Stay filed by AmeriCredit Financial Services, Inc. is hereby stricken from the record without prejudice.

DATED: June 30, 2026

David M. Warren
United States Bankruptcy Judge